United States District Court

Eastern District of California

Dewayne Whitefield,

      Petitioner,                    No. Civ. S 05-2488 LKK PAN P

  vs.                                   Order

R. Kirkland,

      Respondent.

-oOo-

    Petitioner, a prisoner without counsel, seeks to commence a habeas corpus proceeding.

    To commence a habeas corpus proceeding, a petitioner must pay the $5 filing fee required by 28 U.S.C. § 1914(a) or request leave of court to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

    Petitioner has neither paid the fee nor submitted an application for leave to proceed in forma pauperis.

1  Within 30 days from the day this order is signed petitioner
2  may submit either the filing fee or the application required by
3  section 1915(a).  The clerk of the court is directed to mail to
4  petitioner a form application for leave to proceed in forma
5  pauperis.  Failure to comply with this order will result in this
6  file being closed.
7  So ordered.
8  Dated:  January 5, 2006.

                    /s/ Peter A. Nowinski
                    PETER A. NOWINSKI
                    Magistrate Judge